1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ASHMINDAR JEET SINGH,

11          Petitioner,                    No.  CIV S-09-1453 GEB GGH P

12      vs.

13   MICHAEL MARTEL, Warden,

14          Respondent.

15   _____/

16   JASMEEL MANOJ KUMAR,

17          Petitioner,                    No.  CIV S-09-2455 JAM KJN P

18      vs.

19   JAMES YATES,

20          Respondent.              NON-RELATED CASE ORDER

21   _____/

22          The court has received the Notice of Related Cases concerning the above-

23   captioned cases filed on April 27, 2010.  See Local Rule 123, E.D. Cal. (1997).  The court has

24   determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines

25   /////

26   /////

to do so.  Although a few of the many claims raised in each petition are very similar, one or two even identical, the majority of issues raised in one petition bears no relationship with the grounds raised in the other. This order is issued for informational purposes only, and shall have no effect on the status of the cases.

     IT IS SO ORDERED.

DATED: May 10, 2010

                          /s/ Gregory G. Hollows

                          _____
                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
sing1453.nonrel