IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASHMINDAR JEET SINGH,

    Petitioner,                               No. CIV S-09-1453 GEB CHS

    vs.

MICHAEL MARTEL,

    Respondent.                              <u>ORDER</u>

_____/

       Petitioner Singh is a state prisoner proceeding pro se with an amended petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. On May 4, 2011, findings and recommendations were filed herein recommending that the petition be denied. Petitioner has moved for an extension of time up to and including June 23, 2011 in which to file objections to the findings and recommendations. Petitioner indicates that scheduled lock downs at his place of incarceration have interfered with his ability to study the cases cited in the findings and recommendations. Good cause appearing, petitioner's May 25, 2011 motion for extension of time is granted.

IT IS SO ORDERED.

DATED: May 31, 2011

                                                      CHARLENE H. SORRENTINO
                                                      UNITED STATES MAGISTRATE JUDGE