IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASHMINDAR JEET SINGH,

     Petitioner,                         No. CIV S-09-1453 GEB CHS

     vs.

MICHAEL MARTEL,

     Respondent.              ORDER

_____/

Petitioner Singh is a state prisoner proceeding pro se with an amended petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254.  On May 4, 2011, findings and recommendations were filed herein recommending that the petition be denied.  Petitioner has moved for a second extension of time in which to file objections to the findings and recommendations.  Petitioner indicates that the Mule Creek State Prison law library has not been operating on a regular program and that he has still been unable to access five cases cited in the findings and recommendations.  Good cause appearing, petitioner's June 23, 2011 motion for extension of time is granted.  Petitioner's objections are due on or before July 23, 2011.

IT IS SO ORDERED.

DATED: June 27, 2011

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1